**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Anthony J. Bruscato
Attorney at Law
2011 Hudson Lane
Monroe LA 71201

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on August 21, 2024 |

**REHEARING ACTION: August 21, 2024**

**Docket Number: 23   00728-CA**

**LELA MAE FLOWERS**
**VERSUS**
**JENA BAND OF CHOCTAW INDIANS, ET AL**

**Appealed from Grant Parish Case No. 27006**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Gary J. Ortego**
    **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lela Mae Flowers** has this day been

    **DENIED.**

cc: Bonita K. Preuett-Armour, Counsel for the Appellee